UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>CURTIS ROBERT GRIFFIN,<br><br>                  Defendant. | CASE NO. CR21-174-JCC<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances. He was earlier charged for the same offense in case number CR21-170. On November 8, 2021, following a detention hearing in that case he was ordered detained based upon his history of failing to appear for hearings; the fact there were three outstanding warrants for his arrest; his prior convictions for bail jumping and escape; his criminal history and noncompliance while under supervision. Additionally, he was detained due to a lack of stable employment and his substance abuse and mental health history. Since he was ordered detained, these risk factors have not changed. The

DETENTION ORDER - 1

Court concludes Defendant has not rebutted the presumption of detention that attaches with the current charge he faces.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 23nd day of November, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2